No. 01–8734. SUTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8735. TORRES RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8736. SHABBAR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8738. COHEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8741. BREWER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8743. RAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–914. ABX AIR, INC. v. AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, AFL–CIO. C. A. 6th Cir. Motion of Air Transport Association of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–958. WOODALL ET AL. v. SKAMANIA COUNTY, WASHINGTON. Ct. App. Wash. Motions of Delaware River Port Authority and Mark O. Hatfield et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.